**AIMAN-SMITH & MARCY**
PROFESSIONAL CORPORATION

Randall B. Aiman-Smith #124599
Reed W.L. Marcy #191531
Hallie Von Rock #233152
Brent A. Robinson #289373
Lisseth Bayona #338135
7677 Oakport St.  Suite 1150
Oakland, CA 94621
T 510.817.2711
F 510.562.6830
ras@asmlawyers.com
rwlm@asmlawyers.com
hvr@asmlawyers.com
bar@asmlawyers.com
lb@asmlawyers.com

Attorneys for Plaintiffs Cal. LWDA *ex rel.*
William Dean Raymond, *et al.*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA LABOR AND WORKFORCE DEVELOPMENT AGENCY, a California governmental agency, *ex rel.* WILLIAM DEAN RAYMOND, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMPUCOM SYSTEMS, INC., a Delaware corporation,<br><br>    Defendant. | Case No.: 2:21−CV−02327−KJM−KJN<br><br>**REQUEST FOR ORAL ARGUMENT**<br><br>Hon. Kimberly J. Mueller<br>Courtroom 3, 15th Floor<br>Robert T. Matsui United States Courthouse<br>501 I Street<br>Sacramento, CA  95814<br><br>Action Filed October 19, 2021<br>Action Removed December 16, 2021 |

TO THE HONORABLE KIMBERLY J. MUELLER, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to the Courtroom's Standing Order, Plaintiffs request an Oral Argument on Plaintiffs' Opposition to Defendant CompuCom Systems, Inc.'s Motion to Dismiss. The Oral Argument will be presented by Lisseth Bayona. Ms. Bayona graduated from the University of Southern California Gould School of Law in May 2020.

Respectfully submitted,

December 15, 2022

AIMAN-SMITH & MARCY
A PROFESSIONAL CORPORATION

/s/ Lisseth Bayona
———————————————

Lisseth Bayona
Attorneys for Plaintiffs
Cal. LWDA *ex rel.* Raymond, *et al.*