AIMAN-SMITH & MARCY
Randal B. Aiman-Smith, #124599
Reed W.L. Marcy, #191531
Hallie Von Rock, #233152
Brent A. Robinson, #289373
Lisseth Bayona, #338135
7677 Oakport St., Suite 1150
Oakland, CA 94621
T 510.817.2711
F 510.562.6830
ras@asmlawyers.com
rwlm@asmlawyers.com
hvr@asmlawyers.com
bar@asmlawyers.com
lb@asmlawyers.com

Attorneys for Plaintiff
WILLIAM DEAN RAYMOND

MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller, Bar No. 167223
Samuel S. Sadeghi, Bar No. 311785
Kevin J. Bohm, Bar No. 329569
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:   +1.714.830.0600
Fax:  +1.714.830.0700
barbara.miller@morganlewis.com
sam.sadeghi@morganlewis.com

Attorneys for Defendant
COMPUCOM SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA LABOR AND WORKFORCE DEVELOPMENT AGENCY, a California governmental agency, *ex rel*. WILLIAM DEAN RAYMOND; and WILLIAM DEAN RAYMOND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPUCOM SYSTEMS, INC., a corporation; and DOES 1-15, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02327-KJM-KJN<br><br>**JOINT STATUS REPORT**<br><br>Assigned to Hon. Kimberly J. Mueller, Courtroom Three<br><br>Conference Date:  January 12, 2023<br>Conference Time:  2:30 p.m.<br><br>Action Filed:  October 19, 2021<br>Served:           November 16, 2021 |

Pursuant to the Court's Minute Order of December 21, 2022, setting a Status Conference for January 12, 2023, counsel for Plaintiff William Dean Raymond ("Plaintiff") and counsel for Defendant CompuCom Systems, Inc. ("Defendant" or "CompuCom," and, together with Plaintiff, "the Parties") hereby submit the following joint status report.

On November 4, 2022, Defendant filed a Motion for Summary Judgment.

On November 17, 2022, Plaintiff filed a Judicial Admission of Formation of Arbitration Agreement and Request for Status Conference.

On November 23, 2022, Defendant filed a Reply and Motion to Dismiss.

On November 30, 2022, the Court entered an Order denying as moot Defendant's Motion for Summary Judgment, vacated the February 2023 bench trial, granted Defendant's Motion to Compel Plaintiff in his individual capacity to arbitrate his wage and hour claims, and declined to stay the representative PAGA action. *See*, ECF 32.

In its November 30, 2022 Order, the Court also set a briefing scheduling on Defendant's Motion to Dismiss. *Id*. According to the schedule, Plaintiff filed his opposition on December 9, 2022, and Defendant filed its reply on December 16, 2022.

On December 15, 2022, Plaintiff requested oral argument on the Motion to Dismiss.

On December 21, 2022, the Court issued a Minute Order that converted the status conference set for January 12, 2023, into a status conference and motion hearing. *See,* ECF 36. The Court's order further instructed the parties to meet and confer on a hearing date if Plaintiff preferred an in-person hearing on the Motion to Dismiss. *Id*.

On December 28, 2022, Plaintiff's counsel sent an email to Defendant's counsel to notify them that Plaintiff did prefer an in-person hearing on the Motion to Dismiss and suggested the hearing dates proposed by the Court. The parties have

agreed to a hearing date on February 17, 2023.

If the hearing on the Motion to Dismiss is continued to February 17, 2023, then the Parties request that the status conference be moved to the same date.

Dated:  January 3, 2023           AIMAN-SMITH & MARCY

By  */s/ Hallie Von Rock*
Randall B. Aiman-Smith
Reed W.L. Marcy
Hallie Von Rock
Brent A. Robinson
Lisseth Bayona
Attorneys for Plaintiff
WILLIAM DEAN RAYMOND

Dated:  January 3, 2023           MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Kevin J. Bohm*
Barbara J. Miller
Samuel S. Sadeghi
Kevin J. Bohm
Attorneys for Defendant
COMPUCOM SYSTEMS, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

2    UPDATED JOINT STATUS REPORT
(PRETRIAL SCHEDULING CONFERENCE)