AIMAN-SMITH & MARCY
Randal B. Aiman-Smith, #124599
Reed W.L. Marcy, #191531
Hallie Von Rock, #233152
Brent A. Robinson, #289373
Lisseth Bayona, #338135
7677 Oakport St., Suite 1150
Oakland, CA 94621
T 510.817.2711
F 510.562.6830
ras@asmlawyers.com
rwlm@asmlawyers.com
hvr@asmlawyers.com
bar@asmlawyers.com
lb@asmlawyers.com

Attorneys for Plaintiff
WILLIAM DEAN RAYMOND

MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller, Bar No. 167223
Samuel S. Sadeghi, Bar No. 311785
Kevin J. Bohm, Bar No. 329569
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:   +1.714.830.0600
Fax:   +1.714.830.0700
barbara.miller@morganlewis.com
sam.sadeghi@morganlewis.com

Attorneys for Defendant
COMPUCOM SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA LABOR AND WORKFORCE DEVELOPMENT AGENCY, a California governmental agency, *ex rel*. WILLIAM DEAN RAYMOND; and WILLIAM DEAN RAYMOND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPUCOM SYSTEMS, INC., a corporation; and DOES 1-15, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02327-KJM-KJN<br><br>**JOINT STATUS REPORT**<br><br>Assigned to Hon. Kimberly J. Mueller, Courtroom Three<br><br>Conference Date:  February 17, 2023<br>Conference Time:  10:00 a.m.<br><br>Action Filed:  October 19, 2021<br>Served:  November 16, 2021 |

1    Pursuant to the Court's Minute Order of January 3, 2023, setting a Status

2  Conference and Motion Hearing for February 17, 2023, counsel for Plaintiff

3  William Dean Raymond ("Plaintiff") and counsel for Defendant CompuCom

4  Systems, Inc. ("Defendant" or "CompuCom," and, together with Plaintiff, "the

5  Parties") hereby submit the following joint status report.

6    On January 3, 2023, the Parties filed a Joint Status Report requesting that the

7  virtual Status Conference and Motion Hearing set for January 12, 2023 be reset for

8  an in-person hearing on February 17, 2023.  *See,* ECF 37.

9    On January 3, 2023, the Court issued a Minute Order approving the Parties'

10 request and reset the January 12, 2023 virtual Status Conference and Motion.

11 Hearing for an in-person hearing on February 17, 2023 at 10:00 a.m.  *See,* ECF 38.

12    Plaintiff represents that he will shortly file a demand for arbitration.

13

14

15 Dated:  February 3, 2023                AIMAN-SMITH & MARCY

16

17                                          By   */s/ Lisseth Bayona*
                                               Randall B. Aiman-Smith
18                                             Reed W.L. Marcy
                                               Hallie Von Rock
19                                             Brent A. Robinson
                                               Lisseth Bayona
20                                             Attorneys for Plaintiff
                                               WILLIAM DEAN RAYMOND
21

22 Dated:  February 3, 2023                MORGAN, LEWIS & BOCKIUS LLP

23

24                                          By   */s/ Samuel S. Sadeghi*
                                               Barbara J. Miller
25                                             Samuel S. Sadeghi
                                               Kevin J. Bohm
26                                             Attorneys for Defendant
                                               COMPUCOM SYSTEMS, INC.
27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

                                    1                      JOINT STATUS REPORT