AIMAN-SMITH & MARCY
Randal B. Aiman-Smith
Reed W.L. Marcy
Hallie Von Rock
Brent A. Robinson
Lisseth Bayona
7677 Oakport St., Suite 1150
Oakland, CA 94621
T:    510.817.2711
F:    510.562.6830
ras@asmlawyers.com
rwlm@asmlawyers.com
hvr@asmlawyers.com
bar@asmlawyers.com
lb@asmlawyers.com
Attorneys for Plaintiffs

MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller, Bar No. 167223
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:   +1.714.830.0600
Fax:  +1.714.830.0700
barbara.miller@morganlewis.com

Attorneys for Defendant
COMPUCOM SYSTEMS, INC
*(Additional Defendant's counsel listed on next page)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA LABOR AND WORKFORCE DEVELOPMENT AGENCY, a California governmental agency, *ex rel*. WILLIAM DEAN RAYMOND; and WILLIAM DEAN RAYMOND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPUCOM SYSTEMS, INC., a corporation; and DOES 1-15, inclusive,<br><br>Defendant. | Case No. 2:21-cv-02327-KJM-KJN<br><br>**JOINT STATUS REPORT**<br><br>Action Filed:    October 19, 2021 |

*Additional Defendant's counsel*

MORGAN, LEWIS & BOCKIUS LLP
Samuel S. Sadeghi, Bar No. 311785
Kevin J. Bohm, Bar No. 329569
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:   +1.714.830.0600
Fax:  +1.714.830.0700
sam.sadeghi@morganlewis.com
kevin.bohm@morganlewis.com

Plaintiff William Dean Raymond ("Plaintiff") and Defendant CompuCom Systems, Inc., ("Defendant") (collectively the "Parties") hereby submit this Joint Status Report regarding the status of *Adolph v. Uber Technologies, Inc.*, California Supreme Court Case No. S274671, pursuant to the Court's March 10, 2023, Order (Dkt. No. 42).

On June 7, 2023, the Parties reviewed the California Supreme Court's docket. The Supreme Court heard oral argument in *Adolph* on May 9, 2023, and has yet to release its decision.

Per this Court's Order, the Parties will file in 90 days, or within 14 days of the Supreme Court's decision.

Dated: June 7, 2023                          AIMAN-SMITH & MARCY

By  */s/ Lisseth Bayona*
Randal B. Aiman-Smith
Reed W.L. Marcy
Hallie Von Rock
Brent A. Robinson
Lisseth Bayona

Attorneys for Plaintiff
WILLIAM DEAN RAYMOND

Dated: June 7, 2023                          MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Kevin J. Bohm*
Barbara J. Miller
Samuel S. Sadeghi
Kevin J. Bohm

Attorneys for Defendant
COMPUCOM SYSTEMS, INC.